1  Russell Brown
   CHAPTER 13 TRUSTEE
2  Suite 800
   3838 North Central Avenue
3  Phoenix, Arizona 85012-1965
   602.277.8996
4  Fax 602.253.8346

5              IN THE UNITED STATES BANKRUPTCY COURT

6                   FOR THE DISTRICT OF ARIZONA

7  In re                          In Proceedings Under Chapter 13

8  Ernesto L. Lopez               Case No. 2:04-bk-10250-SSC

9  and

10 Diana M. Lopez                 **TRUSTEE'S MOTION TO ALLOW
                                  PAYMENT OF UNCLAIMED FUNDS OF
11                                CREDITOR TO COURT**

12                    Debtors.

13          Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. § 347(a) and Rule 3011, F.R.B.P.,

14 moves the Court to allow him to pay unclaimed funds to the Court.  The Trustee issued the following

15 disbursement check, but the check has not been presented for payment by the creditor or the post

16 office returned it as undeliverable.  More than ninety days has passed from the date of issuance and

17 the Trustee has put a stop payment on the check or voided it.

18          Following is the creditor information used by the Trustee:

19
                                                                    Claim
                                                                    No, If
20 Creditor Name:    Proof of Claim Address:    Last-Known Address:   Any:    Amount:

21 Maryvale          Maryvale Emergency         Abrazo Health Central  24-1    $17.89
   Emergency         Physicians                 Business Office
22 Physicians        4550 N. 51st Ave. STE. #19  8620 N. 22nd Ave., STE.103
                     Phoenix, AZ 85031-1796     Phoenix, AZ 85021
23

24          Also, the Trustee has done the following in an unsuccessful attempt to locate the creditor:

25 The Trustee received no change of address for the creditor or other contact information.

26          According to the Court claims docket, the creditor has filed no address change.

27          The Trustee office called the creditor's telephone number on the proof of claim or otherwise
   available.
28

1      A search of the Arizona Corporation Commission and Secretary of State websites show no such entity or that such entity no longer exists.

2

3      A Google search showed no new contact information.

     The Trustee checked the Maricopa County Recorder's Office, which showed no new contact information.

4

5      No new contact information was found at www.whitepages.com.

6      Therefore, the Trustee moves the Court for an Order allowing him to pay the creditor's

7 unclaimed funds to the Court.

8

9

10                                                        _____
Russell A. Brown
Chapter 13 Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2